# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DAMON APPLEWHITE,

       Plaintiff,

v.

FCA US LLC, a Delaware limited liability company,

       Defendant.

Case No. 17-cv-11132

Hon. Linda V. Parker

Hon. Anthony P. Patti, Magistrate Judge

## STIPULATED ORDER FOR DISMISSAL WITH PREJUDICE

This matter having come before the Court on stipulation of the parties, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that this action is hereby dismissed with prejudice and without costs or attorney fees to any party.

**IT IS SO ORDERED**.

       s/ Linda V. Parker
       LINDA V. PARKER
       U.S. DISTRICT JUDGE

Dated: July 27, 2022

Approved as to form and content:

| /s/ Darcie R. Brault (w/permission) | /s/ Deborah Brouwer |
|---|---|
| Darcie R. Brault (P43864) | Deborah Brouwer (P34872) |
| Attorney for Plaintiff | Attorney for Defendant |

Dated: July 27, 2022